DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS RAMON RIVERA-NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUIS RAMON RIVERA-NUNEZ, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:06-cr-0014 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON<br><br>DATE : April 10, 2006<br>TIME : 9:00 a.m.<br>DEPT : Hon. Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for April 3, 2006, may be continued to **April 10, 2006 at 9:00 a.m.**

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea

///

///

///

///

///

///

///

1  negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

2  DATED: March 30, 2006                McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Sherrill A. Carvalho
                                        SHERRILL A.CARVALHO
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

   DATED: March 30, 2005                DANIEL J. BRODERICK
                                        Acting Federal Defender

                                        /s/ Carrie S. Leonetti
                                        CARRIE S. LEONETTI
                                        Assistant Federal Defender
                                        Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   March 31, 2006**                **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE